■ In the Matter of THOR C., an Infant. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CAROL C., Appellant. [959 NYS2d 85]—Appeal from an order of the Family Court, Cattaraugus County (Larry M. Himelein, J.), entered July 7, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, adjudged that respondent had permanently neglected the subject child and transferred guardianship and custody of the child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of DEREK SLOANE, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [959 NYS2d 86]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 5, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the amended petition is dismissed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. TOWNLEY, Also Known as JOHN TOWNLEY, Appellant. [959 NYS2d 85]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered October 17, 2011. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.